UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL E. GRAY,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

Case No.09-11612
Honorable Patrick J. Duggan

## **JUDGMENT**

This matter having come before the Court on Plaintiff's Motion for Summary Judgment and Defendant's Motion for Summary Judgment, and the Court having issued an Opinion and Order on this date granting Defendant's motion and denying Plaintiff's motion,

**IT IS ORDERED, ADJUDGED, AND DECREED**, that the Complaint is **DISMISSED WITH PREJUDICE**.

DATE: September 7, 2010    s/PATRICK J. DUGGAN
                                        UNITED STATES DISTRICT JUDGE

Copies to:
Donald W. Busta, Esq.
AUSA Derri T. Thomas
Magistrate Judge Mark A. Randon